```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 07819
    BRITTANY C GUZMAN FULTS
    DAVID E FULTS                           CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-3199     SSN XXX-XX-4875

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 04/01/2008 and was not confirmed.

    The case was dismissed without confirmation 07/23/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00           .00           .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00           .00           .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE    17009.24           .00           .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE     3357.36           .00           .00
COOK COUNTY TREASURER     SECURED            705.14           .00           .00
INTERNAL REVENUE SERVICE  NOTICE ONLY      NOT FILED          .00           .00
INTERNAL REVENUE SERVICE  PRIORITY           200.00           .00           .00
ROBERT J ADAMS & ASSOC    PRIORITY         NOT FILED          .00           .00
AFNI                      UNSECURED        NOT FILED          .00           .00
ALLIED INTERSTATE         UNSECURED        NOT FILED          .00           .00
ASSET ACCEPTANCE LLC      UNSECURED          354.78           .00           .00
ASSET ACCEPTANCE LLC      UNSECURED          871.56           .00           .00
AVON PRODUCTS             UNSECURED        NOT FILED          .00           .00
BUREAU OF COLLECTION REC  UNSECURED        NOT FILED          .00           .00
CBCS                      UNSECURED        NOT FILED          .00           .00
CBE GROUP                 UNSECURED        NOT FILED          .00           .00
CERTEGY                   UNSECURED        NOT FILED          .00           .00
CREDIT MANAGEMENT SYSTEM  UNSECURED        NOT FILED          .00           .00
CREDIT MANAGEMENT SYSTEM  UNSECURED        NOT FILED          .00           .00
CREDIT MANAGEMENT SYSTEM  UNSECURED        NOT FILED          .00           .00
CREDIT MANAGEMENT SYSTEM  UNSECURED        NOT FILED          .00           .00
CRED PROTECTION ASSOCIAT  UNSECURED        NOT FILED          .00           .00
DEPENDON COLLECTION       UNSECURED        NOT FILED          .00           .00
FISHER & SHAPIRO          NOTICE ONLY      NOT FILED          .00           .00
ZENITH ACQUISITION        UNSECURED        NOT FILED          .00           .00
IOWA STUDENT LOAN LIQUID  UNSECURED         3123.33           .00           .00
LINEBARGER GOGAN BLAIR &  UNSECURED        NOT FILED          .00           .00
METROPOLITAN AUTO LENDIN  UNSECURED        NOT FILED          .00           .00
NATIONWIDE CREDIT & COLL  UNSECURED        NOT FILED          .00           .00
NICOR GAS                 UNSECURED         1518.49           .00           .00
NW COLLECTOR              UNSECURED        NOT FILED          .00           .00
NW COLLECTOR              UNSECURED        NOT FILED          .00           .00
SOUND & SPIRIT            UNSECURED        NOT FILED          .00           .00
BEST SERVICE CO           UNSECURED        NOT FILED          .00           .00
CBE GROUP                 UNSECURED        NOT FILED          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 07819 BRITTANY C GUZMAN FULTS & DAVID E FULTS
```

```
UCB COLLECTIONS            UNSECURED       NOT FILED           .00            .00
WEST ASSET MANAGEMENT      UNSECURED       NOT FILED           .00            .00
INTERNAL REVENUE SERVICE   UNSECURED             .00           .00            .00
COMMONWEALTH EDISON        UNSECURED          389.68           .00            .00
IL STATE DISBURSEMENT UN   DSO ARREARS     NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          226.77           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          290.11           .00            .00
COUNTRYWIDE HOME LOANS     NOTICE ONLY     NOT FILED           .00            .00
COUNTRYWIDE HOME LOANS     NOTICE ONLY     NOT FILED           .00            .00
ROUNDUP FUNDING LLC        UNSECURED          642.80           .00            .00
ASSET ACCEPTANCE LLC       UNSECURED          521.47           .00            .00
ROBERT J ADAMS & ASSOC     REIMBURSEMENT      6.33             .00           6.33
ROBERT J ADAMS & ASSOC     DEBTOR ATTY     2,500.00                       1,557.50
TOM VAUGHN                 TRUSTEE                                          135.98
DEBTOR REFUND              REFUND                                              .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  1,699.81

PRIORITY                                         6.33
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                               1,557.50
TRUSTEE COMPENSATION                           135.98
DEBTOR REFUND                                     .00
                         ---------------     ---------------
TOTALS                   1,699.81            1,699.81
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 10/29/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE